UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY POWELL,

    Petitioner,

v.

                                       Case No. 09-14249
                                       Honorable Denise Page Hood

MARY BERGHUIS,

    Respondent.

_____/

**JUDGMENT**

    The Court, having entered an Order dismissing this action, accordingly,

    Judgment is entered in favor of Respondent and against Petitioner.

                                                                                                 DAVID J. WEAVER
                                                                              Clerk of Court


                                                                          S/LaShawn R. Saulsberry
                                                                                 Deputy Clerk

Approved:

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

Dated: February 29, 2012

Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon Kelly Powell, 180998, Earnest C. Brooks Correctional Facility, 2500 S. Sheridan Drive, Muskegon Heights, MI 49444 and counsel of record on February 29, 2012, by electronic and/or ordinary mail.

                                                                   S/LaShawn R. Saulsberry
                                                                    Case Manager